UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
JUAN CEDANO JR.,                                            :
:
Plaintiff,          :
:         24-CV-4296 (VSB)
-against-                :
:         **ORDER**
:
HARVARD PROTECTION SERVICES LLC,   :
:
Defendant.          :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In accordance with my remarks at the telephonic conference on July 8, 2025, Defendant's motion for summary judgment in the above-captioned case is due by September 12, 2025. Plaintiff's opposition is due by October 17, 2025. Defendant's reply is due by October 31, 2025.

SO ORDERED.
Dated:     July 8, 2025
             New York, New York

                                            Vernon S. Broderick
                                            United States District Judge